# MINUTE ORDER



## Magistrate Judge Marty F. Elfenbein

**Atkins Building Courthouse - 5th Floor** Date: 2/13/26 Time: 2:00 p.m.

Defendant: Jimmy Ylimaki J#: 41850-512 Case #: 26-MJ-2320-ELFENBEIN

AUSA: Maria Guzman Attorney: **Srilekha Jayanthi; AFPD**

Violation: D VERMONT/WARR - WIRE FRAUD Surr/Arrest Date: 2/12/26 YOB: 1989

Proceeding: Initial Appearance CJA Appt: ______

Bond/PTD Held: ○ Yes ○ No Recommended Bond: ______

Bond Set at: **STIP- Pretrial Detention w/the right to revisit** Co-signed by: ______

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ______ x's a week/month by phone: ______ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ______
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ______ pm to ______ am, paid by ______
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ______
- ☐ Other: ______

Language: English

Disposition:

**Defendant advised of rights and charges.**

**Defendant's ore tenus motion to appoint counsel -GRANTED-.**

**Defendant sworn; AFPD appointed.**

**Government seeks PTD based on risk of flight and danger.**

**Defense stipulated to PTD w/the right to revisit. No hearing held.**

**Defendant waives ID/Removal hrg; waiver executed in open court.**

**Defendant Ordered removed to the District of Vermont.**

Time from today to ______ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | | | | |
| Status Conference RE: | | | | |

D.A.R. **14:40:32** Time in Court: **13 mins**

s/Marty F. Elfenbein Magistrate Judge